# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| NARVIES V. ALEXANDER | ) | 3:11-cv00217-LRH (WGC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 7, 2011 |
| | ) | |
| THE STATE OF NEVADA, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On September 15, 2011, the court received a letter from Plaintiff. The Clerk shall file the letter and send a copy to counsel for Defendants. Plaintiff is advised that he should refrain from corresponding directly with the court and communications with the court should be made in the form of a pleading filed with the court and served on opposing counsel.

Plaintiff's Motion in Limine (Doc. #25) is premature and is therefore **DENIED WITHOUT PREJUDICE**. Plaintiff may re-file his motion if he still desires to do so, at the appropriate time.

Plaintiff's Motion to Compel (Doc. #42) was filed on September 22, 2011, and an opposition is not due until October 9, 2011. Therefore, the Motion to Compel is not yet ripe for submission.

Plaintiff's Motion for Appointment of An Expert (Doc. #23) and Motion to Compel (#42) will be scheduled for a hearing, to be addressed in a separate minute order.

MINUTES OF THE COURT
3:11-cv-00217-LRH (WGC)
October 7, 2011
Page Two

     Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction (Doc. #18 and 19) is under submission.  A report and recommendation thereon will be forthcoming.

     **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                            By:   /s/
                                                    Deputy Clerk