UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| NARVIEZ ALEXANDER, | ) | CASE NO. 3:11-CV-217-LRH-WGC |
| | ) | |
| Plaintiff(s), | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATED: NOVEMBER 3, 2011 |
| | ) | |
| STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT: <u>HONORABLE WILLIAM G. COBB</u> , U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 10:01:59 a.m. - 10:18:15 a.m.</u>

Counsel for Plaintiff(s): <u>NARVIEZ ALEXANDER, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>TIMOTHY ANDREWS (telephonically)</u>

PROCEEDINGS: FURTHER MOTION HEARING

10:01 a.m. Court convenes.

Plaintiff advises the Court that he has received the documents from Mr. Andrews, as ordered at the last hearing. Plaintiff further explains why he has been unable to file a response to said documents. IT IS ORDERED that the Motion for Supervised Access to an Internet Expert (Docket #23) is DENIED without prejudice.

Plaintiff requests an extension of time to respond to the Motion for Summary Judgment (Docket #49). IT IS ORDERED that said request is GRANTED. Plaintiff shall have until **December 16, 2011** to file said response. Defendants shall then have **fourteen (14) days**, or until **December 30, 2011** to file a reply.

Mr. Andrews advises the Court that he was unable to coordinate having copies of Plaintiff's medical files in a location apart from the medical department for his review while litigating this case. He proposes devising a way for the AG's Office to file the documents for Plaintiff. The Court requests that the parties work together in that effort.

10:18 a.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/_____
Deputy Clerk