1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                          DISTRICT OF NEVADA

8                              * * * * *

9   NARVIEZ V. ALEXANDER,            )
                                     )
10                   Plaintiff,      )        3:11-cv-00217-LRH-WGC
                                     )
11  v.                               )
                                     )        O R D E R
12  STATE OF NEVADA, *et al.*,       )
                                     )
13                   Defendants.     )
    _____ )

14

15          Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.

16  Cobb (#56[1]) entered on October 18, 2011, recommending denying Plaintiff's Motions for Temporary

17  Restraining Order and Preliminary Injunction (docs 18 & 19) filed on June 24, 2011.  No objection to

18  the Report and Recommendation has been filed.  The action was referred to the Magistrate Judge

19  pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule 1B 1-4 of the Rules of Practice of the United States

20  District Court for the District of Nevada.

21          The Court has conducted its *de novo* review in this case, has fully considered the pleadings and

22  memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)

23  and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation

24  (#56) entered on October 18, 2011, should be adopted and accepted.

25  _____

26          [1]Refers to court's docket number.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

        IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#56)

entered on October 18, 2011, is adopted and accepted, and Plaintiff's Motions for Temporary

Restraining Order and Preliminary Injunction (docs 18 & 19) are DENIED.

        IT IS SO ORDERED.

        DATED this 17th day of November, 2011.


                                        _____
                                        LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE