UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| NARVIEZ V. ALEXANDER, | ) | |
| Plaintiff, | ) | 3:11-cv-00217-LRH-WGC |
| v. | ) | |
| STATE OF NEVADA, *et al.*, | ) | O R D E R |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#68[1]) entered on April 5, 2012, recommending granting Defendants' Motion for Summary Judgment (#49) filed on October 12, 2011. Plaintiff filed his Objection to Magistrate Judge's Report and Recommendation (#69) on April 16, 2012. Defendants did not file a response. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#68) entered on April 5, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

1     IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#68)
2 entered on April 5, 2012, is adopted and accepted, and Defendants' Motion for Summary Judgment (#49)
3 is GRANTED.
4     IT IS SO ORDERED.
5     DATED this 6th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE